■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALDO ALMANZAR, Appellant. [733 NYS2d 890] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered December 1, 1998, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecution's summation did not constitute reversible

error because the summation was responsive to arguments and issues raised by the defense (*see, People v Patillo,* 282 AD2d 692, lv denied 96 NY2d 866; *People v Draksin,* 145 AD2d 500). Friedmann, J. P., Smith, Adams and Cozier, JJ., concur.